# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Cathy Ann Marine, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00230-KDB-DCK |
| vs. | |
| Andrew M. Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2020 Order.

June 1, 2020

Frank G. Johns, Clerk
United States District Court